

# United States District Court
# Eastern District of California

GOLD STANDARD DIAGNOSTICS, LLC, a
Delaware limited liability company,

 Plaintiff(s)

 V.

CLEAR PATH DIAGNOSTICS LLC, a California
limited liability company; GERRIT MUELLER, an
individual; IVA MUELLER, an individual,

 Defendant(s)

Case Number: 2:26-cv-01403-DAD-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

 Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Lawrence Pockers _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Gold Standard Diagnostics, LLC _____

On November 30, 1999 _____ (date), I was admitted to practice and presently in good standing in the

Supreme Court of Pennsylvania _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: April 8, 2026 _____     Signature of Applicant: /s/  Lawrence Pockers _____

**Pro Hac Vice Attorney**

Applicant's Name: Lawrence Pockers

Law Firm Name: Duane Morris LLP

Address: 17 South 17th Street

City: Philadelphia          State: PA          Zip: 19103

Phone Number w/Area Code: +1 215 979 1153

City and State of Residence: Philadelphia, PA

Primary E-mail Address: lhpockers@duanemorris.com

Secondary E-mail Address: deabate@duanemorris.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michelle N. Khoury

Law Firm Name: Duane Morris LLP

Address: Spear Tower

One Market Plaza, Suite 2200

City: San Francisco          State: CA          Zip: 94105-1127

Phone Number w/Area Code: +1 415 957 3089          Bar # 307229

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 8, 2026

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT