UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD STANDARD DIAGNOSTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR PATH DIAGNOSTICS LLC et al.,<br><br>Defendants. | No.  2:26-cv-01403-DAD-CSK<br><br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION |

On April 20, 2026, the court issued an order denying plaintiff's motion for temporary restraining order and directing the parties to submit a joint proposed briefing schedule and hearing date regarding any motion for preliminary injunction.  (Doc. No. 27 at 15.)  On May 4, 2026, the parties filed a joint statement in which they indicated that the parties were unable to agree upon a proposed briefing schedule and hearing date.  (Doc. No. 36 at 2.)  Plaintiff contends that an abbreviated briefing schedule "is appropriate given the urgency of the situation."  (*Id.* at 2.)  Defendant contends that a briefing schedule in accordance with Local Rule 230 is appropriate under the circumstances.  (*Id.* at 2–4.)  The court is unpersuaded by plaintiff's justification for an expedited briefing schedule.

Accordingly, the court sets the following briefing schedule on plaintiff's anticipated motion for preliminary injunction:

1

1. Plaintiff shall file a motion for preliminary injunction by May 27, 2026;

    a. Plaintiff shall notice the motion before District Judge Drozd for a hearing date not less than thirty-five (35) days after service and filing of the motion in accordance with Local Rule 230(b); and

    b. Plaintiff's motion shall comply with Judge Drozd's Standing Order. (Doc. No. 3.)

2. Defendants shall file an opposition to plaintiff's motion for preliminary injunction no later than fourteen (14) days after the date that plaintiff's motion is filed; and

3. Plaintiff may file a reply in support of its motion for preliminary injunction no later than ten (10) days after the date that defendant files its opposition.

IT IS SO ORDERED.

Dated:   **May 7, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2